UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 10-12666

DONA KENDRICKS HARVEY,

    Plaintiff(s),

-v-

HOMEQ SERVICING, ET.AL,

    Defendant(s).
    _____/

## ORDER OF DISMISSAL

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan on December 22, 2010.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Due notice of an Order to Show Cause why the above case should not be dismissed for lack of progress pursuant to Local Rule 41.2 has been sent to counsel of record. The Court has received no response; therefore

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is DISMISSED.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: December 22, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 22, 2010, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager